James D. **HODGSON**, Secretary of Labor, United States Department of Labor, Plaintiff-Appellant,

v.

**HASAM REALTY CORP.** et al., Defendants-Appellees.

No. 30952.

United States Court of Appeals, Fifth Circuit.

June 8, 1971.

Bessie Margolin, Associate Solicitor, Peter G. Nash, Solicitor of Labor, Carin Ann Clauss, U. S. Dept. of Labor, Washington, D. C., Beverly R. Worrell, Regional Solicitor, U. S. Dept. of Labor, Carl W. Gerig, Jr., Atlanta, Ga., Bobbye

D. Spears, Atty., Dept. of Labor, Washington, D. C., Donald S. Shire, Atty., United States Department of Labor, Washington, D. C., for appellant.

Alfred Aronovitz, Miami, Fla., Warren J. Kaps, New York City, for appellees; Stein & Rosen, New York City, of counsel.

Before GODBOLD, SIMPSON and CLARK, Circuit Judges.

PER CURIAM:

The judgment appealed from is affirmed on the basis of the opinion of the district court published in 316 F.Supp. 1136 (S.D.Fla.1970).

Affirmed.